**EXHIBIT 1**



**EXHIBIT 2**

